

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

*affirms V299*

*overrules in part 0-6792*

July 9, 1948

Hon. Paul H. Brown
Secretary of State
Austin, Texas

Opinion No. V-629

Re: The franchise tax
liability of co-operative
hospitals organized un-
der Sec. 2A of Art. 1302,
V.C.S.

Dear Mr. Brown:

Your opinion request reads as follows:

"In Attorney General's opinion No. 0-6792, ap
proved September 24, 1945, it was held that cooperative
hospitals organized under Section 2A of Article 1302,
R.C.S., Acts 1945, 49th Legislature do not fall within any
of the exemptions enumerated in Article 7094, V.C.S.
and, therefore, were required to pay the annual fran-
chise tax.

"In opinion V-299, dated July 11, 1947, it was held
that such type corporations were exempt from the State
ad valorem taxes on their property. In writing the opin-
ion cognizance was taken of opinion No. 0-6792 but the
question of exemption from the franchise tax was not
considered since it was not before you for consideration
in connection with the exemption from ad valorem taxes.
Since the date of the first opinion this office has consist-
ently required all corporations organized under the afore-
mentioned act to pay the annual franchise tax. In the light
of the second opinion, however, a question has arisen as
to whether or not it should be considered in new indicat-
ing on our records that all cooperative hospitals organ-
ized under Section 2A of Article 1302 are exempt from
the franchise tax.

"We ask that you review the two opinions and inform
this office if opinion No. V-299 overruled opinion No. 0-
6792. An answer to this question as soon as the facilities
of your office permit will be appreciated."

We have carefully reviewed the two opinions in question
and reaffirm our holding in Opinion V-299. Opinion 0-6792, of a
former administration, insofar as it is in conflict with V-299 is

hereby expressly overruled. Evidently the writer of O-6792 overlooked the holding in City of Palestine v. Missouri Pacific Lines Hospital Ass'n., 99 S.W. (2d) 311.

## SUMMARY

Co-operative hospitals organized under Sec. 2A of Art. 1302, V.C.S., are "institutions of purely public charity." Hence they are exempt from the payment of franchise taxes. Opinion O-6792 of a former administration, insofar as it is in conflict with Opinion V-299, is overruled.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By W. V. Geppert

W. V. Geppert
Assistant

WVG/amm/JCP

APPROVED

ATTORNEY GENERAL